UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**Brian Whitaker,**

    Plaintiff,

v.

**Uma & Tej Inc.,** a California Corporation,

    Defendants.

Case No. 4:21-cv-06673-~~LB~~ YGR

~~ORDER~~ **MODIFIED JUDGMENT**

    GOOD CAUSE SHOWN, and pursuant to the agreement of the parties, Judgment is entered in favor of Plaintiff and against Defendant **Uma & Tej Inc., a California Corporation** in the amount of $2,000.00.

Date: 1/4/2024

Hon. ~~Laurel Beeler~~ Yvonne Gonzalez Rogers
US DISTRICT JUDGE